■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM FIELDS, Appellant. [648 NYS2d 324] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered March 28, 1995, convicting him of grand larceny in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN FOWLER, Appellant. [648 NYS2d 317] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 6, 1991 *(People v Fowler,* 173 AD2d 485), affirming a judgment of the Supreme Court, Queens County, rendered December 6, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Rosenblatt, Ritter and Sullivan, JJ., concur.